IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YAN LIU, on behalf of herself and others similarly situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-cv-1999-K |
| M. BERKSON LLC, d/b/a NEWBORN ADVANTAGE SURROGACY, MINDY B. BERKSON, and SANTA MONICA FERTILITY CENTER, LLC, | § § § § § | |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.

Objections were filed.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation (the "FCR") of the United States Magistrate Judge. The Objections are OVERRULED.

The Court, therefore, **GRANTS in part** and **DENIES in part** Defendants' Motion to Dismiss (Doc. No. 32) to the extent that the Court **DISMISSES without**

**prejudice** Plaintiff's claims for common law fraud and under the Texas Deceptive Trade Practices Act, the New York Deceptive Trade Practices Act, and the New York False Advertising Law under Federal Rule of Civil Procedure 9(b).

If Plaintiff wishes to amend her complaint to address the deficiencies identified in the FCR, she must file a motion for leave to amend, which complies with this Court's Local Civil Rules, **by March 16, 2026**.

SO ORDERED.

Signed February 23rd, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE